20583. COLEY *v.* THE STATE.

BROYLES, C. J. 1. The excerpt from the charge of the court, complained of in the motion for 'a new trial, was not error for any reason assigned.
2. "The State, by proving the corpus delicti, the venue, and the recent possession of the stolen property, and its sale by the defendant, made a prima facie case. Whether the defendant's explanation of his possession of the property was consistent with his innocence and satisfactory

to the jury was a matter exclusively for them. In such a case, in the absence of error upon the trial, the Court of Appeals is without authority to interfere." *Gilliard* v. *State*, 17 *Ga. App.* 364 (86 S. E. 939). Under this ruling and the facts of the instant case, the verdict now under review was authorized, and the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 15, 1930.

*P. M. Anderson,* for plaintiff in error.
*J. T. Grice, solicitor-general,* contra.